NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1176

DAVID SIMS SARVER, ET AL.

VERSUS

LOUISIANA DEPT. OF REVENUE

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 78,138
HONORABLE JOHN DAMIAN TRAHAN, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Arthur J. Planchard, * Judges.

AFFIRM.

Homer Edward Barousse Jr.
Barousse & Craton
P.O. Dr. 1305
Crowley, LA 70527-1305
(337) 785-1000
Counsel for: Plaintiff/Appellant
    David Sims Sarver
    Joseph Boyce Sarver
    Lonnie Mims Sarver
    Gwendolyn Sarver Petry
    Peggy Sarver Smith
    Linda Sarver Foreman
    Danny Ray Sarver
    Terry Sarver Billeaud
    Don G. Sarver

---

    * Judge Arthur J. Planchard, Jr., Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore*.

**Otha Curtis Nelson  Jr.**
**Attorney at Law**
**P. O. Box 4064**
**Baton Rouge, LA 70821**
**(225) 219-2080**
**Counsel for: Defendant/Appellee**
        **Louisiana Dept. of Revenue**

**Nicole Formeller Gould Esq.**
**Dept. of Revenue**
**P. O. Box 4064**
**Baton Rouge, LA 70821-4064**
**(225) 219-2080**
**Counsel for: Defendant/Appellee**
        **Louisiana Dept. of Revenue**

**Laura G. Slocum**
**Dept. of Revenue**
**P. O. Box 4064**
**Baton Rouge, LA 70821-4064**
**(225) 219-2080**
**Counsel for: Defendant/Appellee**
        **Louisiana Dept. of Revenue**